IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DAVID ROOKS, | : | |
| | : | |
| Claimant, | : | |
| vs. | : | 5:05-CV-231 (CAR) |
| | : | |
| JO ANNE B. BARNHART, | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 20] to remand the Social Security Commissioner's final decision to deny Plaintiff benefits. No Objection to the Recommendation was filed, and this Court, after considering the matter, agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**; the final decision of the Commissioner is hereby **REMANDED.**

**SO ORDERED**, this 21st day of September, 2006.

S/ C Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

ehe